NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PARKERVISION, INC.,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————

2022-2173

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00346.

———————————

**JUDGMENT**

———————————

JASON SCOTT CHARKOW, Daignault Iyer LLP, Vienna, VA, argued for appellant. Also represented by RONALD M. DAIGNAULT, CHANDRAN IYER, RICHARD JUANG.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor.  Also represented by PETER J. AYERS, BENJAMIN T. HICKMAN, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 16, 2024
Date

Jarrett B. Perlow
Clerk of Court